# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:12-po-75

- vs -    Magistrate Judge Michael R. Merz

KAYLA SCHNEIBLE

        Defendant(s).    :

## ORDER REVOKING BOND

This case came on for hearing on August 8, 2012, on report of the Pretrial Services Officer that Defendant had violated the conditions of her release by walking away from her 28 day inpatient treatment at Nova House against medical advice and without permission of her Pretrial Services Officer.

Present with counsel, Defendant admitted the violation of the conditions of her release.

Accordingly, it is hereby ordered that Defendant Kayla Schneible's bond is revoked and she is ordered committed to the custody of the Attorney General of the United States to await sentencing.

August 8, 2012

                                                s/ **Michael R. Merz**
                                              United States Magistrate Judge