IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff(s),    :    Case No. 3:12-po-75

- vs -    Magistrate Judge Michael R. Merz

KAYLA SCHNEIBLE,

        Defendant(s).    :

**ORDER REVOKING PROBATION**

This case came on for hearing on July 11, 2013, on report of the Probation Officer that Defendant had violated the conditions of her probation by failing to attend treatment at Nova Behavioral Health on March 20, 2013, April 15, 2013, and May 20, 2013; failing to report to the U.S. Probation office as scheduled on May 17, 2013 and testing positive for cocaine on October 19, 2012, marijuana on October 24, 2012, and cocaine on April 12, 2013.

Defendant admitted the violations of the conditions of her probation.

Accordingly, it is hereby ordered that Defendant Kayla Schneible's probation is revoked and she is remanded to the custody of the Attorney General of the United States for a term of twenty (20) days with a credit for eight (8) days served.

July 16, 2013

                                                **s/ Michael R. Merz**
                                                United States Magistrate Judge